UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **SOUTH LAFOURCHE BANK & TRUST CO.,** § | § | **CASE NO. 2:16-cv-13045** |
| § | | |
| **Plaintiff,** § | § | |
| § | § | **JUDGE SUSIE MORGAN** |
| **VERSUS** § | § | |
| § | | |
| **M/V CAROLINE S, <u>in rem</u>,** § | § | |
| **M/V STONEHORSE, <u>in rem</u>,** § | § | **MAGISTRATE JUDGE** |
| **M/V GULF RANGER, <u>in rem</u>,** § | § | **KAREN WELLS ROBY** |
| **MOHAWK CALLAIS, L.L.C,** § | § | |
| **NEW RANGER, L.L.C.,** § | § | |
| **JAMES G. SPALT, and** § | § | |
| **LARS VINJERUD, <u>in personam,</u>** § | § | |
| § | § | |
| **Defendants.** § | | |

**<u>CONSENT JUDGMENT</u>**

Considering the motion for summary judgment filed by the plaintiff herein, the Oppositions filed thereto, and the Court being advised that the Parties have reached agreement as set forth in this Consent Judgment, the Court does hereby grant partial judgment in favor of the Plaintiff, South Lafourche Bank & Trust Company ("<u>Plaintiff</u>") in this matter as follows, to-wit:

IT IS ORDERED that there be judgment granted herein in favor of Plaintiff, and against the defendants, M/V STONEHORSE, <u>in rem</u>, Official Number 1117720 and the M/V CAROLINE S, Official Number, <u>in rem</u>, 1055400, their engines, tackle, apparel, <u>in rem</u> (collectively, the "<u>Vessels</u>"), Mohawk Callais, L.L.C., Gulf Ranger, L.L.C., Lydonia, L.L.C., James G. Spalt and Lars Vinjerud, in solido (collectively, "<u>Defendants</u>"), in the sum of Five Million One Hundred Thirty Six Thousand Eight Hundred Eighty Five and 94/100 ($5,136,885.94 together with interest at the rate of Five and 71/100 (5.71%) per

[1]

cent per annum from March 29, 2016 until the date of this Consent Judgment, and thereafter bearing interest at the judicial rate until paid.

IT IS FURTHER ORDERED that there be judgment in favor of Plaintiff, and against Defendants, in the sum of Nine Hundred Thousand and no/100 ($900,000.00) Dollars, together with interest at the rate of Four and 93/100 (4.93%) per cent per annum from March 29, 2016, until the date of this Consent Judgment, and thereafter bearing interest at the judicial rate until paid. .

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the foregoing judgment amounts shall be increased by the sum of $35,172.79, which represents the costs of these proceedings, costs in connection with proceedings before the Western District of Louisiana, and attorneys' fees.  In addition, Plaintiff shall be entitled to reasonable attorneys' fees, at an hourly rate not to exceed $200.00, incurred in connection with any litigation to enforce this Consent Judgment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Plaintiff shall be entitled to credit bid up to the full amount of this Consent Judgment, inclusive of costs and attorneys' fees, and shall proceed to have the Vessels sold at a sale conducted by the U.S. Marshal pursuant to the Judgment entered by the Court on August 2, 2017 (Doc. 75), or by such other disposition as may be otherwise agreed by Plaintiff and all Defendants indebted under this Consent Judgment.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all rights with respect to any and all credits, reductions, and/or satisfactions of this Consent Judgment resulting from execution on the Vessels or other property of any Defendant and/or payments by any Defendant are reserved unto the Defendants, and Defendants shall be

entitled to have the Judgment amounts set forth herein credited, reduced, and/or satisfied as a result of: (i) any payment or partial payment made hereon from any source, including, but not limited to any Defendant, (ii) any amounts, net of costs of sale, realized from the sale of any Vessels or other property at U.S. Marshal's sale, (iii) any and all credits, reductions, and/or satisfactions of debt available under applicable law in the event Plaintiff or any affiliate or designee of Plaintiff takes title to one or more of the Vessels at said U.S. Marshal's sale; or (iv) any other basis for such credit, reduction, and/or satisfaction available under law.

NEW ORLEANS, LOUISIANA this 10th day of August, 2017.

_____*Susie Morgan*_____
Hon. Susie Morgan
United States District Judge